UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-20002-CR-SEITZ

UNITED STATES OF AMERICA

v.

WINFRED ADDISON LEE,

        Defendant.
_____/

## ORDER DENYING DEFENDANT'S RULE 36 MOTION

A jury convicted Defendant of four counts, and his sentence was enhanced under the Armed Career Criminal Act because he had "three previous convictions . . . for a violent felony or a serious drug offense, or both, committed on occasions different from one another." 18 U.S.C. § 924(e)(1). Defendant now moves under Rule 36 for a correction of his Presentence Investigation Report ("PSI"), arguing that two of his predicate convictions were not committed on separate occasions. [DE-128.] For the following reasons, Defendant's motion is denied.

First, Defendant would still be subject to the Armed Career Criminal enhancement even if his requested corrections were made. Defendant had four predicate convictions:

1) Battery on a law enforcement officer in Case No. F88-4743, committed on February 10, 1988 (PSI ¶ 27);

2) Burglary of a dwelling in Case No. F88-11712, committed between February 1, 1988 and February 4, 1988 (PSI ¶ 28);

3) Possession with intent to sell or purchase a controlled substance on or near a school in Case No. F89-24921, committed on June 29, 1988 (PSI ¶ 29); and

4) Sale or manufacture or delivery of cocaine, committed on June 10, 1994 (PSI ¶ 39.)

Defendant has made no challenge to the facts surrounding his third or fourth convictions. So even if the first two crimes were not committed on separate occasions, he would still

have three predicate convictions, which would subject him to the same sentencing enhancement: raising his offense level from 16 to 33. (*See* PSI ¶ 23.)

Second, Defendant has not established that these two crimes were actually committed on the same day. He argues that they were both committed on February 10, 1988 because the law enforcement officer in the first conviction was responding to a call about a burglary in progress. However, as reflected in the Information in Case No. F88-11712, his second conviction was for a different burglary, which took place between February 1, 1988 and February 4, 1988. (PSI ¶ 28.)

Accordingly, it is

ORDERED that

Defendant's Motion to Correct Portions of the Record [DE-128] is DENIED.

DONE AND ORDERED in Miami, Florida, this 16 day of December 2014.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:  Counsel of Record